**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL SCIORTINO and JOSH SAWYER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DRINK LMNT, Inc., <br><br> Defendant. | **FIRST AMENDED CLASS ACTION COMPLAINT** <br><br> **DEMAND FOR JURY TRIAL** <br><br> Case No. 25-cv-3126-HG |

Plaintiffs Michael Sciortino and Josh Sawyer, on behalf of themselves and all others similarly situated, bring this class action suit for damages and equitable relief against Defendant Drink LMNT, Inc. ("Defendant"). Plaintiffs allege the following based upon personal information as to allegations regarding themselves, and the investigation of their counsel, and on information and belief as to all other allegations:

**TABLE OF CONTENTS**

NATURE OF THE ACTION ........................................................................ 1

THE PARTIES ........................................................................................... 3

JURISDICTION AND VENUE.................................................................... 5

FACTUAL ALLEGATIONS ........................................................................ 5

    A.    Defendant Markets LMNT as Consistent with Whole-Food, Paleo, and Keto Diets, Free From Highly Processed Food Additives. ..................................................................................... 6

    B.    LMNT Contains a Large Amount of Maltodextrin, a Highly Processed Food Additive. ........................................................... 11

    C.    Defendant's Representations About LMNT are False and Misleading. ................................................................................ 14

    D.    Many of Defendant's Competitors Disclose Their Use of Maltodextrin or Explicitly Disclaim the Use of Maltodextrin... 18

    E.    Widespread Outcry Among Members of the Health Community and LMNT Consumers Themselves Confirms That Defendant Misled Reasonable Consumers, Including Plaintiffs and the Class Members. ....................................................................... 19

        1.    Health Authorities and Metabolic Experts Sound the Alarm Over Defendant's Misleading Disclosures............ 20

        2.    Overwhelming Consumer Backlash Confirms That Defendant Misled Reasonable Consumers....................... 23

CLASS ACTION ALLEGATIONS ............................................................ 40

FIRST CAUSE OF ACTION ..................................................................... 45

SECOND CAUSE OF ACTION ................................................................. 47

PRAYER FOR RELIEF ............................................................................ 49

## NATURE OF THE ACTION

1. Defendant manufactures, markets, and sells LMNT electrolyte drink mixes ("LMNT"), targeting "health-seeking consumers looking to support their electrolyte needs."

2. Defendant aggressively promotes LMNT as "keto" and "paleo" friendly and aligned with a "whole foods" diet—promises that resonate with consumers seeking clean, minimally processed nutritional supplements.

3. Defendant also advertises LMNT with taglines like "Everything you need and nothing you don't" and claims that its products contain "no dodgy ingredients," suggesting a formulation consisting solely of essential electrolytes and free from highly processed additives.

4. Contrary to these representations, LMNT contains between 300 and 450 milligrams per serving of maltodextrin—a highly processed food additive commonly used as a sweetener or filler in processed foods.

5. Maltodextrin is neither a whole-food ingredient nor compatible with ketogenic (keto) and paleolithic (paleo) dietary standards.

6. Maltodextrin has a glycemic index higher than table sugar—as high as 110—and can quickly raise blood sugar and insulin levels, making it particularly unsuitable for those on a keto diet.

7. Maltodextrin is also highly processed—requiring industrial production by enzymatic or acid hydrolysis of starch, followed by purification and spray drying—making maltodextrin incompatible with whole-food and paleo diets, which emphasize minimally processed foods in their natural state.

- 1 -

8.      Further, recent research highlights that "consumption of the food additive maltodextrin, incorporated into many processed foods, leads to the promotion of intestinal inflammation" and could therefore be a "risk factor for chronic inflammatory diseases"[1]—concerns that are particularly acute for consumers seeking to maintain a clean, whole-food diet.

9.      Defendant does not disclose the presence of maltodextrin on LMNT's packaging, but instead conceals maltodextrin under the generic ingredient listing of "natural flavors," all while emphasizing LMNT's three ostensibly key ingredients: sodium (1000 mg), potassium (200 mg), and magnesium (60 mg):



10.     In fact, unbeknownst to consumers, the amount of maltodextrin in LMNT (300 to 450 mg) actually exceeds the amount of potassium and magnesium *combined*.

[1] https://pmc.ncbi.nlm.nih.gov/articles/PMC6409436/

11. By marketing LMNT as consistent with a whole-food diet, as "paleo-keto friendly," and as free from "dodgy ingredients," Defendant creates the impression that LMNT is a clean, whole-food nutritional supplement free from highly processed food additives, like maltodextrin. Taken together, Defendant's deceptive representations about LMNT are likely to mislead reasonable consumers acting reasonably under the circumstances.

12. Defendant's false and misleading statements also artificially raise the price of LMNT. As a result, Plaintiffs and the Class paid a price premium when purchasing LMNT, paying more for the electrolyte drink mixes than they otherwise would have paid—or paying for a product they would not have purchased at all—had they known the truth.

13. Accordingly, Plaintiffs and the Class seek monetary and injunctive relief against Defendant for violating New York General Business Law ("GBL") §§ 349–50.

## THE PARTIES

**14.** Plaintiff Michael Sciortino is a New York resident. He purchased LMNT from Defendant's website in July 2024 while residing in New York. Before making the purchase, Sciortino reviewed Defendant's claims on the website about LMNT, including that it was paleo and keto friendly, contained no "dodgy ingredients," and was consistent with a whole-foods diet. Sciortino also reviewed advertising on the website showing what he believed were LMNT's three primary ingredients: Sodium, Potassium, and Magnesium. Defendant's various claims on the website gave Sciortino the impression that LMNT consisted primarily of salt and related electrolytes and was a clean, whole-foods supplement that was free from processed food additives.

When Sciortino learned about LMNT's maltodextrin content, he felt misled by Defendant's marketing claims, and he has not purchased LMNT again. Sciortino reasonably relied on Defendant's false and misleading advertisements and would not have purchased LMNT or would have paid significantly less for the product had he known about the deceptive advertising.

15. Plaintiff Josh Sawyer is a New York resident. He purchased LMNT electrolyte drink mixes from Amazon in August 2024 and January 2025 while residing in New York. Before making the initial purchase in August 2024, Sawyer went to Defendant's website to research LMNT. While on the Defendant's website, Sawyer saw Defendant's claims about LMNT, including that it was paleo and keto friendly, contained no "dodgy ingredients," and was consistent with a whole-foods diet. Based on Sawyer's research on the website, Sawyer had the impression that LMNT was a clean, whole-foods electrolyte supplement that was free from processed food additives. Sawyer decided to purchase LMNT over competitors based on Defendant's marketing claims. When Sawyer learned about LMNT's maltodextrin content, he felt misled by Defendant's marketing claims, and he has not purchased LMNT again. Sawyer reasonably relied on Defendant's false and misleading advertisements and would not have purchased LMNT or would have paid significantly less for the product had he known about the deceptive advertising.

16. Defendant Drink LMNT, Inc. is a Delaware corporation headquartered in Florida, with its principal place of business in Big Sky, Montana. Defendant's

products are available through its website, drinklmnt.com, and major retailers like Amazon and Walmart.

## JURISDICTION AND VENUE

17. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) because Plaintiffs and Defendant are citizens of different states and the amount in controversy easily exceeds over $75,000.

18. This Court also has subject matter jurisdiction pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2), because the aggregate amount in controversy exceeds $5 million, exclusive of interests and costs; more than 100 class members are involved; and members of the proposed Class are citizens of a different state than Defendant.

19. This Court has personal jurisdiction over Defendant because it committed the deceptive acts alleged herein in New York, regularly conducts business in this District, and has extensive contacts with this forum, including by selling and shipping its products to consumers in this District.

20. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred in this District and Defendant transacts substantial business in this District.

## FACTUAL ALLEGATIONS

21. Defendant manufactures and distributes powdered electrolyte drink mixes marketed to health-conscious consumers seeking hydration support from

natural, sugar-free sources. Defendant claims that LMNT contains no fillers or artificial ingredients.[2]

22. Defendant's "primary target market are health-seeking consumers looking to support their electrolyte needs."[3]

## A. Defendant Markets LMNT as Consistent with Whole-Food, Paleo, and Keto Diets, Free From Highly Processed Food Additives.

23. On its website and marketing materials, Defendant positions LMNT as consistent with a "whole food" diet, which emphasizes natural, whole foods and eschews highly processed foods and additives:

[4]

---

[2] https://www.sec.gov/Archives/edgar/data/1871551/000187155123000001/lmntc-ar.pdf

[3] *Id.*

[4] https://web.archive.org/web/20220723194413/https://drinklmnt.com/pages/our-story; *see also* https://drinklmnt.com/pages/our-story/?



24. Defendant also prominently advertises LMNT as "keto" and "paleo" friendly:

---

[5] https://web.archive.org/web/20221212235804/https://drinklmnt.com/pages/our-story; *see also* https://drinklmnt.com/pages/our-story/?





---

6 https://drinklmnt.com/pages/ingredients/?

7 https://drinklmnt.com/collections/salt/?

25. On its website and marketing materials, Defendant also emphasizes simplicity and transparency, repeatedly stating that LMNT contains "[e]verything you need and nothing you don't," and assuring consumers that the formulation includes "no dodgy ingredients":



26. In addition to emphasizing the clean, whole-food nature of LMNT, Defendant prominently highlights what are ostensibly the three primary ingredients in LMNT: sodium (1000 mg), potassium (200 mg), and magnesium (60 mg). Indeed, this "formulation" appears prominently on every box and individual packet of LMNT:



---

[8] https://web.archive.org/web/20250316151718/https://drinklmnt.com/

[9] https://drinklmnt.com/pages/ingredients/?



27. This emphasis on LMNT's supposed three core ingredients reinforces the impression that the product consists primarily of essential electrolytes and does not contain highly processed fillers or additives incompatible with a whole-food diet.

28. On information and belief, Defendant makes the same or substantially similar representations about LMNT throughout all of its marketing channels, including Amazon.com.

---

[10] https://drinklmnt.com/products/lmnt-recharge-electrolyte-drink?variant=42281197731863

29.     For example, a video on LMNT's Amazon.com page states, "All day energy starts with *clean* hydration."[11] Defendant likewise repeats the statements that LMNT is "paleo-keto friendly" and contains "no dodgy ingredients."[12]

**B.     LMNT Contains a Large Amount of Maltodextrin, a Highly Processed Food Additive.**

30.     Despite marketing LMNT as consistent with a whole-food diet, keto and paleo friendly, and free from "dodgy ingredients," recent revelations confirm that LMNT contains between of 300 to 450 milligrams of maltodextrin per serving.

31.     Maltodextrin is a highly processed carbohydrate derived through an industrial process called hydrolysis, which involves breaking down starches using enzymes or acids, followed by purification and spray drying.[13]

32.     Maltodextrin is a refined, high-glycemic sweetener and filler commonly used in processed foods. It has a higher glycemic index than table sugar and can spike blood glucose and insulin levels.[14]

33.     The amount of maltodextrin in LMNT exceeds the total amount of potassium and magnesium—two of LMNT's key electrolytes—*combined*. Yet Defendant conceals this fact from consumers by burying maltodextrin in the vague term "natural flavors."

---

[11] https://www.amazon.com/LMNT-Zero-Sugar-Electrolytes-Lemonade/dp/B0F1BSR4VR?ref_=ast_sto_dp&th=1

[12] *Id.*

[13] https://pmc.ncbi.nlm.nih.gov/articles/PMC4940893/

[14] https://www.medicalnewstoday.com/articles/322426#safety-and-side-effects

34.     The revelations about LMNT's use of large amounts of maltodextrin came to light in a series of online posts by Defendant's executives. On or about October 19, 2024, Luis Villasenor, one of Defendant's co-founders, posted on X that "LMNT doesn't have maltodextrin":



35.     The next day, another of Defendant's co-founders, Robb Wolf, responded to another post discussing LMNT's use of maltodextrin and admitted that the statement by Luis Villasenor "was clearly a mistake":

---

[15] https://thebarbellspin.com/fitness/lmnt-caught-up-in-salty-maltodextrin-controversy/



16

36.     In a subsequent blog post, Wolf disclosed that,

each stick pack of LMNT's year-round flavored drink mix options contains ~300mg of maltodextrin as the flavor carrier (+/-10% based on stick pack variability). The exact amount depends on the amount of flavor used; Citrus Salt has a bit less natural flavor and thus a bit less maltodextrin, and Mango Chili has a bit more (450mg, +/-10%) due to its higher flavor intensity. The maltodextrin used in LMNT is gluten-free, GMO-free, and derived from corn.[17]

37.     Wolf's blog post also read,

We recognize and honor that LMNT is a companion on many unique health journeys, which is why we're actively working to address concerns raised by folks who are sensitive to maltodextrin (even in small amounts). We know the flavored drink mix doesn't work for everyone,

---

[16] *Id.*

[17] https://science.drinklmnt.com/did-you-know/natural-flavors/

and offer LMNT Raw Unflavored Drink Mix and LMNT Sparkling as options which do not contain maltodextrin. You can also use this free recipe to make it yourself at home.[18]

**C.    Defendant's Representations About LMNT are False and Misleading.**

38.    Defendant's representations that LMNT is consistent with a whole-food diet are false and misleading.

39.    As Defendant explains on its website, "[a] whole foods diet consists of eating foods in their natural state, or as close as possible to it: Fruit, vegetables, meat, fish, nuts, eggs, grains, tubers, legumes, and dairy."[19] Defendant explains that, "[p]rocessed foods — foods that have been altered to be hyperpalatable (AKA unnaturally tasty) or have an extensive list of added ingredients — get the boot."[20]

40.    Defendant contrasts a "whole foods diet" with "[t]he Standard American Diet (also called the Western diet)," which is "high in heavily processed foods that are full of refined carbs, sugar, vegetable oils, and food additives."[21]

41.    Maltodextrin is a refined carbohydrate and food additive that is produced through industrial processes. Maltodextrin is not naturally occurring in the environment. Because LMNT contains more maltodextrin than two of its three supposed primary ingredients combined, LMNT is fundamentally inconsistent with a whole-food diet, contrary to Defendant's representations.

---

[18] *Id.*

[19] https://science.drinklmnt.com/did-you-know/whole-foods-diet

[20] *Id.*

[21] *Id.*

42. Defendant's representations that LMNT is "keto" friendly are likewise false and misleading.

43. As Defendant has explained, like individuals who adhere to a whole-food diet, "those on a ketogenic diet, [] should be eating mostly meats, fish, eggs, and non-starchy veggies. In other words, whole foods that have a lesser effect on blood glucose and therefore a lesser [blood glucose] impact when displaced."[22]

44. Defendant further explained why foods high on the glycemic index are particularly bad for those on the keto diet:

> A ketogenic diet is, by definition, low in sugar. Keto is a very low-carbohydrate diet. Sugar is a carbohydrate. It makes sense. When you consume sugar, it slams the door on ketosis. At the broad level, here's how that works: 1. Consuming sugar spikes your blood sugar. (Who'd have thought?!) 2. Rising blood sugar stimulates your pancreas to release the hormone insulin. 3. Rising insulin shuts down fat burning and ketogenesis. So sugar isn't the kryptonite of keto because it tastes sweet—it's because eating or drinking it increases blood sugar and insulin levels. And compared to many other carbohydrates, sugar has a high glycemic index. In other words, consuming table sugar causes blood sugar (and subsequently insulin) to rise relatively quickly vs. other carbs. That's because table sugar is a simple carbohydrate. Other carbohydrates (like fiber and sugar alcohols) have smaller glycemic impacts, and are therefore more keto-friendly.

45. As a highly processed carbohydrate, maltodextrin has a higher glycemic index than table sugar, meaning maltodextrin is more likely to produce sharp increases in blood sugar than sugar itself.[23]

---

[22] https://science.drinklmnt.com/low-carb/keto-friendly-sweeteners/

[23] https://www.healthline.com/health/food-nutrition/is-maltodextrin-bad-for-me#nutritional-value

46.     For that reason, experts have warned that maltodextrin is fundamentally incompatible with the keto diet.[24]

47.     Defendant's representations that LMNT is "paleo" friendly are false and misleading for the same reasons.

48.     "A paleo diet is an eating plan based on foods humans might have eaten during the Paleolithic Era."[25] Thus, "[a] modern paleo diet includes fruits, vegetables, lean meats, fish, eggs, nuts and seeds. These are foods that in the past people could get by hunting and gathering."[26] By contrast, "processed foods, grains, legumes, and dairy products" are to be avoided.[27]

49.     As a refined carbohydrate and food additive produced through industrial processes, maltodextrin qualifies as a processed food. Because LMNT contains more maltodextrin than two of its supposed primary ingredients combined, LMNT is fundamentally inconsistent with a "paleo" diet, contrary to Defendant's representations.

50.     Defendant's representations that LMNT "contains everything you need and nothing you don't," and is free from "dodgy ingredients" are also false and misleading. Maltodextrin has no nutritional value,[28] and research indicates that

---

[24] https://www.healthline.com/nutrition/keto-sweeteners#high-carb-sweeteners; *see also* https://www.medicalnewstoday.com/articles/keto-sweeteners#sweeteners-to-avoid

[25] https://www.mayoclinic.org/healthy-lifestyle/nutrition-and-healthy-eating/in-depth/paleo-diet/art-20111182

[26] *Id.*

[27] https://www.ncbi.nlm.nih.gov/books/NBK482457/

[28] https://www.medicalnewstoday.com/articles/322426#safety-and-side-effects

consumption of maltodextrin "leads to the promotion of intestinal inflammation" and "could be a risk factor for chronic inflammatory diseases."[29]

51. Taken together, Defendant's representations about LMNT convey to a reasonable consumer that the product is a clean, whole-food nutritional supplement free from highly processed food additives. Given LMNT's large amounts of maltodextrin, Defendant's representations are likely to mislead reasonable consumers acting reasonably under the circumstances.

52. By marketing LMNT as a clean, whole-food nutritional supplement free from highly processed food additives, all while concealing LMNT's high amount of maltodextrin, Defendant is able to charge a significant price premium. A one-time purchase of a 30-pack of LMNT drink mixes from Defendant's website costs $45.00.[30] This inflated price is not attributable to higher manufacturing costs or demonstrably superior efficacy. Rather it stems from Defendant's marketing strategy, which capitalizes on the desires of health-conscious consumers to avoid highly processed additives.

53. Had Plaintiffs known that LMNT contained more maltodextrin than two of its supposed primary ingredients combined, they would not have purchased LMNT or would have paid significantly less for it.

---

[29] https://pmc.ncbi.nlm.nih.gov/articles/PMC6409436/

[30] https://drinklmnt.com/products/lmnt-recharge-electrolyte-drink?variant=16358367199266

**D. Many of Defendant's Competitors Disclose Their Use of Maltodextrin or Explicitly Disclaim the Use of Maltodextrin.**

54. Health-conscious consumers care about processed and artificial ingredients in their supplements. Many of Defendant's competitors recognize that the presence of processed food additives like maltodextrin are important to consumers and therefore either explicitly disclose their use of maltodextrin or, alternatively, highlight that they intentionally exclude maltodextrin as an ingredient or food additive.

55. For example, two sugar-free electrolyte products from Gatorade— "Propel Water" and "Gatorade Zero"—explicitly disclose the use of maltodextrin on their ingredient lists.[31] Another competitor, DripDrop, likewise discloses the use of maltodextrin on the ingredient list for its sugar-free products.[32]

56. Other LMNT competitors explicitly disclaim the use of maltodextrin. For example, Buoy, a liquid electrolyte brand, states on its website that its electrolyte drops contain no sugar or sweeteners, in contrast to "[m]ost hydration products," which "contain sweeteners like stevia and dextrose, or artificial ingredients like maltodextrin."[33]

57. Another competitor, SALTT, wrote an entire article on how its product explicitly does not contain maltodextrin. According to the article, "There's been a lot of excitement lately over what, exactly, is meant by 'natural flavors' in supplements.

---

[31] https://www.gatorade.com/powders/propel/variety-pack-single-serve-sticks, "Nutrition Facts" (listing "maltodextrin" as the fourth ingredient on ingredient list) (last accessed August 12, 2025); https://www.gatorade.com/powders/gatorade-zero/fruit-punch-single-serve-sticks-00052000047134, "Nutrition Facts" (listing "maltodextrin" as fourth ingredient on ingredient list) (last accessed August 12, 2025)

[32] https://dripdrop.com/pages/how-it-works-dripdrop-zero (last accessed August 12, 2025)

[33] https://justaddbuoy.com/pages/health-v1 (last accessed August 12, 2025)

Rest assured that we don't have any maltodextrin or sugar in our products."[34] In answer to the question whether SALTT includes maltodextrin under the label "natural flavors," the article states, "In short: No, we do not use 'Natural Flavors' or 'Artificial Flavors' to hide ingredients in our products[.] We strongly believe in being honest and open about what is in our products and wish all companies would take it as seriously as we do."[35]

58. Unlike its competitors, Defendant concealed the use of maltodextrin under the label "Natural Flavors," while simultaneously representing to consumers that LMNT was a clean, whole-foods electrolyte supplement free from processed food additives. This allowed Defendant to demand a price-premium for LMNT based on attributes the product does not have.

**E. Widespread Outcry Among Members of the Health Community and LMNT Consumers Themselves Confirms That Defendant Misled Reasonable Consumers, Including Plaintiffs and the Class Members.**

59. Defendant has deliberately cultivated a reputation for forgoing "dodgy ingredients," and has instead marketed itself as a transparent, health-focused brand for ketogenic and paleo dieters. It makes its money on this assumption. As one review summarized:

> Boasting no sugar, no gluten, no dodgy ingredients, vegan and paleo and keto-friendly, LMNT had been perceived as one of the cleaner electrolyte supplements out there.[36]

60. The revelation that LMNT contains 250 to 550 mg of maltodextrin triggered a tidal wave of public backlash. This backlash was the foreseeable

---

[34] https://saltt.com/blogs/learn/natural-flavors-in-saltt-we-use-zero-maltodextrin

[35] *Id.*

[36] *See* https://thebarbellspin.com/fitness/lmnt-caught-up-in-salty-maltodextrin-controversy/ (last accessed August 12, 2025)

consequence of Defendant's misleading omissions and affirmative misrepresentations.

61. Prominent voices in the health and metabolic community responded swiftly and critically. Physicians, nutritionists, and keto-focused educators—many with large followings among Defendant's core customer base—publicly condemned the brand's lack of transparency. They emphasized that maltodextrin is not a neutral additive, especially for individuals managing blood sugar, insulin resistance, or therapeutic diets.

62. The backlash from health authorities was echoed, often with greater intensity, by Defendant's own customers. Reasonable consumers relied on Defendant's representations, and they were misled. As one consumer put it, "The marketing made me believe that I NEEDED it."[37]

63. Defendant's customers were not confused. They were deceived. The company touted its products as clean, natural, and free of "dodgy ingredients." Consumers took that claim at face value, relied on it, and paid a premium for what they believed was a transparent product.

### 1. Health Authorities and Metabolic Experts Sound the Alarm Over Defendant's Misleading Disclosures.

64. Among physicians, researchers, and health coaches, many of whom previously promoted or used LMNT, the undisclosed presence of maltodextrin triggered concern, criticism, and professional reevaluation. Their statements confirm

---

[37] *See* https://www.youtube.com/watch?v=IpsxIJCSTSs (last accessed August 12, 2025)

both the metabolic impact of maltodextrin and the material nature of Defendant's

misrepresentations.

65.     KetoSimple, a ketogenic influencer, published a video titled "LMNT

New Information & Lack of Transparency," stating:

> In our community—the keto, carnivore, keto-vore, lion diet
> space—maltodextrin is something that we are very
> conscious about and do the best we can to avoid . . . say you
> wear a CGM, a continuous glucose monitor, and you used
> this product and you see spikes or whatever and you're
> trying to figure out what it's coming from, it might be the
> LMNT . . . . I will be rethinking how I use LMNT in the
> future, if I decide to use it in the future.[38]

66.     Dr. Annette Bosworth, an internal medicine physician and health

influencer who "helps reverse medical problems through healthy Keto living,"[39]

cautioned the consumption of LMNT, explaining:

> In my patients, the ones who have insulin resistance for
> years and years, they already make a pathologic amount of
> insulin, even when they're eating whole foods. You take a
> highly processed, super small molecule like maltodextrin,
> and you watch the abundant, and in fact, pathologic
> production of insulin that happens with this, and although
> their sugars might not change much, their insulin will
> shoot way up, and it will prevent them from progressing to
> the healthy life that they're after.[40]

---

[38] *See* https://www.youtube.com/watch?v=4eTTBJ8hNsk (last accessed August 12, 2025)

[39] *See* https://www.youtube.com/@DoctorBoz (last accessed August 12, 2025)

[40] *See* https://www.youtube.com/watch?v=IpsxIJCSTSs (last accessed August 12, 2025)

67. Nick Norwitz MD PhD, a "researcher-educator whose mission is to 'Make Metabolic Health Mainstream,'"[41] emphasized the breach of trust:

> LMNT is a famous brand of electrolytes that has built their brand on a promise of no sugar and no dodgy ingredients . . . . People are fuming, and I understand why. It's about trust. In the war between Big Food and personal health, there are so few brands people feel they can trust. So when that trust is breached, as here, to a failure to disclose an ingredient, people understandably become irate.[42]

68. Dr. Tro Kalayjian, a "board-certified physician in Internal Medicine and Obesity Medicine, as well as a founding member of the Society of Metabolic Health Practitioners,"[43] likewise criticized Defendant's deception. In a video posted to X, he recounted:

> [Robb Wolf] started his company saying, "We're gonna have great, high-quality ingredients, no additives, no filters, complete transparency, no dodgy ingredients." That was their sort of call-to-action.[44]

69. In a separate post, Dr. Tro made the following observation:

> This is your regular reminder that LMNT has more maltodextrin in their electrolytes than magnesium or potassium AND they hid it from their label and lied about it in their marketing

---

[41] *See* https://www.nicknorwitz.com/ (last accessed August 12, 2025)

[42] *See* https://www.youtube.com/watch?v=uI2ewgimH3g (last accessed August 12, 2025)

[43] *See* https://www.greenwichhospital.org/physicians/tro-kalayjian (last accessed August 12, 2025)

[44] *See* https://x.com/DoctorTro/status/1848374036591456303 (last accessed August 12, 2025)

"No dodgy ingredients"[45]

70. And again:

> There is MORE maltodextrin in LMNT than Potassium and Magnesium COMBINED
>
> It's literally a salt + maltodextrin supplement[46]

71. Kait Malthaner, a "certified health and nutrition coach specialising in blood sugar control and insulin resistance,"[47] echoed the same concerns in a YouTube video:

> LMNT has been marketed as having zero sugar, as having no dodgy ingredients . . . . It is pretty dodgy how they covered this up.[48]

72. Collectively, these health authorities' statements reflect a belief across medical and nutritional communities that Defendant's misrepresentations were not minor, and its conduct directly undermined the very consumers who trusted its claims the most.

### 2. Overwhelming Consumer Backlash Confirms That Defendant Misled Reasonable Consumers.

73. The overwhelming public response to LMNT's undisclosed maltodextrin content confirms how a reasonable consumer would interpret and rely on the company's representations. One user, having "literally spent thousands of dollars on

---

[45] *See* https://x.com/DoctorTro/status/1878617150749069517 (last accessed August 12, 2025)

[46] *See* https://x.com/DoctorTro/status/1848419998852911127 (last accessed August 12, 2025)

[47] *See* https://www.youtube.com/@HealthCoachKait (last accessed August 12, 2025)

[48] *See* https://www.youtube.com/watch?v=8y3yxECeXgw&t=52s (last accessed August 12, 2025)

LMNT over the past 3 or 4 years," was "so disappointed to hear all of this," stating, "I feel totally disillusioned[.]"[49]

74. Thousands of consumers expressed outrage at Defendant's deception, many reporting that they chose LMNT based on its explicit promises of "no dodgy ingredients" and compatibility with ketogenic and paleo diets. The backlash was immediate, widespread, and consistent in its sense of betrayal.

75. The breadth and coherence of this reaction demonstrates that Defendant's misrepresentations were not only material, but clearly misleading to the reasonable consumer.

76. Defendant's marketing centered on its "no dodgy ingredients" promise, a representation that formed the basis of consumer trust and purchase decisions. That trust was predicated on Defendant's implied commitment to transparency and ingredient integrity. Consumers now characterize that core claim as false, deceptive, and knowingly misleading.

- "Their 'no dodgy ingredients' motto got to me. I felt like I could trust them . . . . I make my own food and eat super clean. I was so devastated."[50]

- "It really makes me upset that they advertise 'no dodgy ingredients' and do not disclose and try to minimize the fact they use it."[51]

---

[49] *See* https://www.youtube.com/watch?v=IpsxIJCSTSs (last accessed August 12, 2025)

[50] *Id.*

[51] *Id.*

- "I was an early investor in LMNT bc I truly believed it was unadulterated. They'll be hearing from me!"[52]

- "They market it as 'No dodgy ingredients,' but clearly, they lied."[53]

- "It's the fact that they say they 'no dodgey ingredients.' Maltodextrin is dodgey[.]"[54]

- "If you're sensitive to maltodextrin and have a reaction, you think back on everything you've eaten in the last couple of days. Will you suspect the product that has 'no dodgy ingredients'?"[55]

- "Their choice to lie about 'no dodgy ingredients ' is what hurt them.  I, for one, refuse to overlook shady practices and support it with more purchases."[56]

- "If you declare no dodgy ingredients, shouldn't you know the ingredients?  Oh wait! They DID know.  They did test. So they lied and now they're minimizing instead of just owning it."[57]

- "Maltodextrin definitely qualifies as a 'dodgy' ingredient . . . . I wish I could get back the $$$ I spent buying LMNT over the last year."[58]

---

[52] *Id.*

[53] *See* https://www.amazon.com/product-reviews/B07TT8B1JJ/ (last accessed August 12, 2025)

[54] *See* https://www.youtube.com/watch?v=8iHhSMKf2bY&t=2s (last accessed August 12, 2025)

[55] *See* https://www.youtube.com/watch?v=xStAwl7R4e0 (last accessed August 12, 2025)

[56] *Id.*

[57] *See* https://www.youtube.com/watch?v=jE-QPgOCdHg (last accessed August 12, 2025)

[58] *Id.*

- "Came across LMNT as a supposedly ultra clean and pure hydration supplement . . . Very unfortunate to hear and won't be buying anymore."[59]

- "I'm honestly frustrated. I've used LMNT thinking it was a safer, simpler option. Really frustrated by the undisclosed maltodextrin use[.]"[60]

- "We had to stop using LMNT for this reason. My wife has UC and the maltodextrin flared her up. We thought it was a good clean product, but when we reached out to them they admitted to it. IMHO, it was really shady not putting it as an ingredient. Had they of done that, my wife would have known not to use it."[61]

77. LMNT's consumers are health-conscious individuals who avoid processed or artificial ingredients and actively scrutinize labels. Many emphasized clean eating, whole foods, and nutritional transparency. These consumers selected LMNT because it was positioned as aligning with those values. LMNT's undisclosed use of maltodextrin fundamentally undercut those expectations and undermined consumers' efforts to maintain a healthy lifestyle.

- "The issue is that people who are into personalized medicine expect a company that markets to this group to be clear about their ingredients, it is a punch in the gut. I cancelled my long time subscription to @drinkLMNT[.]"[62]

---

[59] *See* https://www.amazon.com/product-reviews/B07TT8B1JJ/ (last accessed August 12, 2025)

[60] *See* https://www.reddit.com/r/POTS/comments/1ljm83b/lmnt_class_action_lawsuit/ (last accessed August 12, 2025)

[61] *See* https://www.youtube.com/watch?v=IpsxIJCSTSs (last accessed August 12, 2025)

[62] *See* https://x.com/Bobby_Downes/status/1849527826740818271 (last accessed August 12, 2025)

- "I choose whole and natural foods. If I find out that someone is not honest with me they lose my business. I have plenty of choices."[63]

- "I don't eat crap, I was trying to eat clean. LMNT was advertised as a clean product. I had no idea maltodextrin is used to add flavor. I don't want ANY maltodextrin and need to be in strict ketosis for my health[.]"[64]

- "I eat REAL FOOD. I don't eat processed food like bagged chips, etc. And I expected the electrolytes I purchased to be what they said they are."[65]

- "I try to stay completely away from Maltodextrin.   It is actually higher on the glycemic index than straight glucose."[66]

- "I'm an athlete and a believer in getting plenty of electrolytes, so I started taking LMNT. I liked the flavor, but I began to noticed that it would affect my blood sugar levels immediately after drinking."[67]

- "This is sad! We eat so healthy that we are always low in sodium. We use lmnt to get salt in . . . . we are done with it. Maltodextrin is terrible for us!"[68]

- "I have been drinking one everyday & I've been on a weight loss & fitness journey so this is something I am definitely cutting this out now!!!"[69]

- "I still have some left in my cupboard and I think I'm going to write them and ask for a refund. This isn't OK. I just

---

[63] *See* https://www.youtube.com/watch?v=xStAwl7R4e0 (last accessed August 12, 2025)

[64] *See* https://www.youtube.com/watch?v=8iHhSMKf2bY&t=2s (last accessed August 12, 2025)

[65] *Id.*

[66] *Id.*

[67] *See* https://www.youtube.com/watch?v=IpsxIJCSTSs (last accessed August 12, 2025)

[68] *Id.*

[69] *Id.*

recently started the carnivore diet and still been struggling with a few things and trying to figure out where it's coming from. I never even considered it was my electrolytes.this is infuriating. People are out there, trying to be healthy and do better while companies lie to us and manipulate us."[70]

- "We picked LMNT thinking this was great, clean to take . . . . I was eating carnivore and stalled out. Doing everything correct never thought it was something I was drinking…. My insulin was high and not coming down… now I know why! Very upset[.]"[71]

- "FYI for those who use LMNT while fasting. It contains a lot more maltodextrin that they said. I wouldn't personally use it while fasting."[72]

**78.** Consumers on ketogenic diets relied on Defendant's express representations that its products were keto-compliant. Many used LMNT to maintain therapeutic levels of ketosis for medical or metabolic reasons. These individuals consistently reported that the undisclosed presence of maltodextrin sabotaged their progress, disrupted ketosis, and derailed long-term health efforts.

- "This matters especially for people who need to be in therapeutic levels of ketosis for serious reasons (e g. Heart disease, cancer, etc.). It's possible for even these small amounts of maltodextrin to kick a person out of ketosis (or significantly reduce ketosis) because it may provoke an insulin response. It's not a small matter when someone needs to maintain a certain level of ketones in the blood for serious reasons. This product may be sabotaging people's efforts to become more healthy who are very ill."[73]

---

[70] *Id.*

[71] *See* https://www.youtube.com/watch?v=jE-QPgOCdHg (last accessed August 12, 2025)

[72] *See* https://www.reddit.com/r/fasting/comments/1gaff3l/lmnt_maltodextrin/ (last accessed August 12, 2025)

[73] *See* https://www.youtube.com/watch?v=8iHhSMKf2bY&t=2s (last accessed August 12, 2025)

- "Explains why I cannot keep in ketosis when I take LMNT."[74]

- "I thought this was a good electrolyte replacement for keto. Wrong! It contains Maltodextrin, a white powder made from partially hydrolyzed grain starches, like corn, wheat, rice, or potato. I was dupped for years until this was brought to light recently."[75]

- "I READ LABLES!! I do NOT purchase ANYTHING with MALTODEXTRIN!  I TRUSTED LMNT!  I take this three or more times a day!! I was WONDERING WHY I cannot get into KETOSIS!! I'm SO DISAPPOINTED!"[76]

- "This is INFURIATING because I was on a very strict keto diet for two years without losing weight, and the entire time I was using LMNT to avoid keto flu and electrolyte imbalance. WHAT. THE. HELL!!!"[77]

- "So for all those keto hopefuls beware. I used it and thought it was the best thing in the world, but this lack of transparency is a cancer between our health and food industry. It sucks but look for alternatives or stick to mineralized salt and lemon."[78]

79.     Other consumers turned to LMNT to manage serious health conditions, such as diabetes, insulin resistance, autoimmune disorders, or POTS, and selected the product precisely because of its claims. These users reported unexpected blood

---

[74] *Id.*

[75] *See* https://www.amazon.com/product-reviews/B07TT8B1JJ/ (last accessed August 12, 2025)

[76] *See* https://www.youtube.com/watch?v=jE-QPgOCdHg (last accessed August 12, 2025)

[77] *See* https://www.youtube.com/watch?v=IpsxIJCSTSs (last accessed August 12, 2025)

[78] *See* https://www.amazon.com/product-reviews/B07TT8B1JJ/ (last accessed August 12, 2025)

sugar spikes, worsening symptoms, and lasting frustration over the misrepresentation.

- "I bought these before I personally learned that LMNT admitted to having more maltodextrin in their product than prior stated. Previously, they said it had 4 milligrams, and now they're saying it has somewhere between 250 and 550 milligrams (presumably varying by flavor). Maltodextrin at 4 milligrams wouldn't (and didn't) concern me. At 250 to 550, though, that's going to spike blood sugar, the very thing folks with diabetes or who are following a ketogenic diet are trying to avoid. Won't buy again . . . . Fool me once and all of that."[79]

- "I have POTS and have been using LMNT has been a go-to for me. I am definitely changing up."[80]

- "I'm fighting dis-ease and someone in my family told me about Carnivore, she stayed on it for 1 year, and it changed her life (for the better), now she is Keto (I think), so I am doing the same and purchased LMNT. (Newbie to carnivore), I don't have the budget to throw it away, but I won't be purchasing it again."[81]

- "I heard about this about a month ago on Reddit and cut it (maltodextrin) out completely in my diet and my numbers are much better."[82]

- "That's why it spiked the ever loving hell out of my blood sugar! And here I thought it was the salt."[83]

- "I'm pissed. I feel duped. I read every darn food label and make decisions whether to eat or not based off of the label.

---

[79] *Id.*

[80] *See* https://www.youtube.com/watch?v=IpsxIJCSTSs (last accessed August 12, 2025)

[81] *Id.*

[82] *See* https://www.reddit.com/r/diabetes_t2/comments/1gbh98y/lmnt_ingredient_controversy/ (last accessed August 12, 2025)

[83] *Id.*

Now it makes sense. Now I see why my BG would be wonky after drinking. Wow. LMNT you lost me as a customer forever."[84]

- "Has anyone noticed blood sugar spikes when using these? I've only used them a couple of times, but didn't notice anything weird on my cgm. I'd be curious to see what my insulin levels are doing though[.]"[85]

- "Being diabetic and insulin resistant I am always leery of 'natural flavors'. In fact I can;t do anything with maltodextrin in it"[86]

- "Now, I have clue as to why my blood sugars may have been going up. Was using this product daily for over 6 months."[87]

80. Many consumers experienced acute physical reactions attributable to LMNT's undisclosed maltodextrin content. Reports include allergic reactions, emergency room visits, bloating, inflammation, and blood sugar instability.

- "HOLY CRAP! My wife has SERIOUS reactions to Maltodextrin. We found out the hard way! I have NO reactions my wife is CRAZY sensitive to it! She's gone to the ER with heart attack symptoms! That's how we found out!"[88]

- "Omg… finally an answer on why LMNT screws me up a bit. My body hates maltodextrin more than cane sugar."[89]

---

[84] *Id.*

[85] *Id.*

[86] *See* https://www.youtube.com/watch?v=IpsxIJCSTSs (last accessed August 12, 2025)

[87] *Id.*

[88] *Id.*

[89] *See* https://www.reddit.com/r/diabetes_t2/comments/1gbh98y/lmnt_ingredient_controversy/ (last accessed August 12, 2025)

- "Maltodextrin is very toxic and I've had food intolerance tests done and my body is very intolerant of it. So if it's there in the ingredients list I have to avoid it."[90]

- "That explains why I instantly don't feel right after a drink of LMNT. Now I know why and it's not my imagination."[91]

- "THIS! No wonder. I tried a sample of this and felt so horrible after I was actually scared and thinking I should go to the ER. I was so sick and shaky and sweating. I immediately threw it away . . . . I wish companies could just be honest with us."[92]

- "Every. Time. I tried to take LMNT I bloated instantly, and acne showed up. Every keto or carnivore channel is peddling this stuff like it's water itself. Really frustrated by the dishonesty from this company."[93]

- "I've been using LMNT for the past two months. Have had terrible knee pain that I had not had before I started ketovore. I thought maybe it was a body adjustment to the new WOE. Now, I see that it may have been the LMNT. Going to stop it immediately."[94]

- "Just cancelled my LMNT - and this explains some health issues I recently started seeing that I was really curious about."[95]

- "No more LMNT for me anyway because I noticed I was reacting to LMNT a few weeks before the word came out about the maltodextrin. What a betrayal."[96]

- "My issue is a family member who is highly allergic to maltodextrin. It's a matter of throat closing and needing to

---

[90] https://www.youtube.com/watch?v=IpsxIJCSTSs (last accessed August 12, 2025)

[91] *Id.*

[92] *Id.*

[93] *Id.*

[94] *Id.*

[95] *Id.*

[96] *See* https://www.youtube.com/watch?v=jE-QPgOCdHg (last accessed August 12, 2025)

carry an epipen. We rely on labels to be able to keep her safe."[97]

- "I was buying this as a healthy way to recover my electrolytes. I would make me sick every time I drank it so I had to stop. Now it has come out they use a ridiculous amount of maltodextrin."[98]

81. Consumers repeatedly expressed alarm upon learning that the hidden maltodextrin content significantly exceeded the amount of electrolytes LMNT marketed as its key benefit.

- "500mg maltodextrin is a significant proportion of such a small packet of powder mix."[99]

- "They proudly display the Magnesium and Potassium that are in much smaller quantities and then turn around and hide the Maltodextrin."[100]

- "So it has more maltrodextrin than magnesium or potassium?"[101]

- "There are more maltodextrin than magnesium and potassium per serving and this is a starch that spikes glucose levels more than taking straight up sugar. It's safer to just put sugar in their product or more stevia."[102]

82. Across platforms, consumers described Defendant's conduct as dishonest, deceptive, and a betrayal of the trust that underpinned their purchase

---

[97] *Id.*

[98] *See* https://www.amazon.com/product-reviews/B07TT8B1JJ/ (last accessed August 12, 2025)

[99] *See* https://www.youtube.com/watch?v=IpsxIJCSTSs (last accessed August 12, 2025)

[100] *See* https://www.youtube.com/watch?v=8iHhSMKf2bY&t=2s (last accessed August 12, 2025)

[101] *Id.*

[102] *Id.*

decisions. Many characterized the brand's misrepresentations as disqualifying and urged others to abandon it.

- "We don't FEEL we have been misled…WE HAVE BEEN MISLED!!!!"[103]

- "The fact that any amount of maltodextrin was in it was unbeknownst to me, and I would have never purchased the product if I had known, so that was very deceiving and wrong of LMNT."[104]

- "I tossed my LMNT out. The dishonesty was enough for me. LMNT posted it on the website but not on the packaging. I know of 5 other families who stopped LMNT as well."[105]

- "We were getting LMNT. Not anymore. We don't like sneaky companies."[106]

- "the company should be upfront. I'd like my money back."[107]

- "Seems to be a lot of deception and downplay on the company's behalf, which is concerning."[108]

- "LMNT is trash" because "they hide maltodextrin[.]"[109]

---

[103] *See* https://www.youtube.com/watch?v=jE-QPgOCdHg (last accessed August 12, 2025)

[104] *Id.*

[105] *Id.*

[106] *Id.*

[107] *See* https://www.amazon.com/product-reviews/B07TT8B1JJ/ (last accessed August 12, 2025)

[108] *Id.*

[109] *See* https://www.reddit.com/r/Biohackers/comments/1cn6142/lmnt_has_it_backwards/ (last accessed August 12, 2025)

- "Don't forget about LMNT hiding that they use maltodextrin in the products!!! They lied about ingredients that can harm people."[110]

- "If you've not heard, in July of 2024, LMNT was forced to reveal that instead of 4mg of Maltodextrin, it has 400mg! This is maddening. They hide it under the ingredient 'natural flavors.' In case you're unaware of the adverse health effects . . . . This company should be sued out of existence."[111]

- "These companies need to be more transparent and stop putting people's health at risk"[112]

- "Non-transparency is something I would expect from big food. Do better LMNT!"[113]

- "I believe pretty much all of us have been fooled by the LMNT company . . . . THIS IS HUGELY DISAPPOINTING!"[114]

- "They should have been honest!  I will have to cancel my order."[115]

- "I'm so tired of dishonest marketing.  Tossing my LMNT into the trash now."[116]

- "i wish companies were honest."[117]

---

[110] *See* https://www.reddit.com/r/POTS/comments/1idjsy2/comment/ma134de/ (last accessed August 12, 2025)

[111] *See* https://www.amazon.com/product-reviews/B07TT8B1JJ/ (last accessed August 12, 2025)

[112] *See* https://www.youtube.com/watch?v=IpsxIJCSTSs (last accessed August 12, 2025)

[113] *Id.*

[114] *Id.*

[115] *Id.*

[116] *Id.*

[117] *Id.*

- "Wouldn't it be nice if food producers were honest about their products?"[118]

- "LMNT's deliberate dishonest is shameful!"[119]

- "the maltodextrin flavor . . . is opaque and hidden from the consumer!"[120]

- "Just sent them an email requesting a refund for misleading info"[121]

- "I stopped a different brand due to the DISCLOSED maltodextrin on their label (it wasn't listed on the ingredients on Amazon, but it was on the physical label). Now that I know about LMNT's UNDISCLOSED ingredients, I'm very unhappy with them and will unsubscribe to their products."[122]

- "I contacted LMNT because I heard about it and they told me that the amount was so small that it didn't have any affects on the body . . . . They lied to me and set me back. I would've stopped using the flavored and stuck with the raw if they had been honest with me about the actual amount in each packet. I'm tossing all of it now."[123]

- "People are sick of being lied to. It's as simple as that. A good company will not lie to their customer. We take what we consume very seriously and this is completely unacceptable."[124]

- "I don't like to be lied to. I won't be buying any more."[125]

---

[118] *Id.*

[119] *Id.*

[120] *Id.*

[121] *Id.*

[122] *Id.*

[123] *Id.*

[124] *See* https://www.youtube.com/watch?v=8iHhSMKf2bY&t=2s (last accessed August 12, 2025)

[125] *Id.*

- "I think that many of us were under the impression that it tasted good without the additional maltodextrin. Now finding it out feels like a betrayal of sorts."[126]

- "LMNT are going to lose so many customers. We are so fed up for lies, lies and more lies."[127]

- "I've been duped"[128]

- "Do not buy this product . . . . They are hiding 400mgs of Maltodextrin in each packet . . . . Do not buy this product if you want to be healthy! They would not let me return my box of LMNT so I tossed it in the trash."[129]

83. Defendant charged a premium for its clean-label positioning. Consumers paid higher prices under the belief that they were purchasing a clean, whole-foods electrolyte supplement free from highly processed additives. Upon learning the truth, they uniformly expressed that this premium was obtained through deception.

- "But what LMNT doing is very dishonest and making claim that misled consumer from believing the product is clean and most importance consumer is paying for this kind of premium price thinking that the product is clean when it is actually not as what is being advertise by LMNT…"[130]

- "I've used LMNT in spite of the cost, and now I know I'm better off without it."[131]

---

[126] *Id.*

[127] *Id.*

[128] *Id.*

[129] *See* https://www.amazon.com/product-reviews/B07TT8B1JJ/ (last accessed August 12, 2025)

[130] *See* https://www.youtube.com/watch?v=8iHhSMKf2bY&t=2s (last accessed August 12, 2025)

[131] *See* https://www.youtube.com/watch?v=IpsxIJCSTSs (last accessed August 12, 2025)

- "For the price I have paid for LMNT, I expect full transparency."[132]

84.    These misrepresentations had a material impact on purchasing behavior. Consumers stated they had canceled subscriptions, returned products, or thrown them away entirely.

- "I just canceled my subscription!"[133]

- "Just canceled my Amazon subscribe and save for this product."[134]

- "Not buying LMNT ever again."[135]

- "I WILL NEVER BUY IT AGAIN."[136]

- "Just canceled my LMNT subscription!"[137]

- "Just cancelled my LMNT subscription from Amazon."[138]

- "My product has been trashed."[139]

- "Just cancelled my order!"[140]

- "I have canceled LMNT"[141]

- "LMNT IS GOING IN THE TRASH."[142]

---

[132] *Id.*

[133] *Id.*

[134] *Id.*

[135] *Id.*

[136] *Id.*

[137] *Id.*

[138] *Id.*

[139] *Id.*

[140] *Id.*

[141] *Id.*

[142] *Id.*

- "Requested my refund, how dare they cause harm with their products, Im so upset and angry."[143]

- "Oh my God, I will return my second order right away."[144]

- "I literally just bought it for the first time.. Sending it right back to Amazon when it gets here."[145]

- "I'm SO disappointed about this as I have had a subscription for a time. I guess I'm tossing this then!"[146]

- "I just cancelled all my recurring subscriptions to LMNT. Shame on them!!"[147]

- "I've got 4 boxes of LMNT packets coming in the mail. I'll be returning them immediately."[148]

- "I will never buy it again!"[149]

- "I just tossed my box of LMNT and I'm now spreading the word!"[150]

- "I SHOULD SUE THEM FOR FEEDING ME MALTODEXTRIN FOR THE LAST 2 YEARS, I AM PISSED OFF. SERIOUSLY IM CALLING THEM DO DEMAND A REFUND FOR WHAT I STILL HAVE IN MY HOUSE. ILL SEND IT BACK TO THEM"[151]

- "I just put in for a new order and I will be sending it back."[152]

---

[143] *Id.*

[144] *Id.*

[145] *Id.*

[146] *Id.*

[147] *Id.*

[148] *Id.*

[149] *Id.*

[150] *Id.*

[151] *Id.*

[152] *Id.*

- "Oh. My. Gosh! I just tossed mine in the trash."[153]

- "They would not let me return my box of LMNT so I tossed it in the trash."[154]

- "I am trying to get a refund and return my package and they have a no return policy."[155]

85. At bottom, Defendant's core customer base—those who closely scrutinize ingredients and rely on labeling to inform their health and nutrition—were misled and materially harmed. Their collective and consistent reactions confirm that Defendant's marketing claims for LMNT were deceptive, and that the truth would have altered their purchasing decisions.

## CLASS ACTION ALLEGATIONS

86. Plaintiffs bring this action on behalf of themselves and on behalf of the following proposed Class, initially defined as follows:

> All individuals in New York who purchased LMNT electrolyte drink mixes within the relevant limitations period, and/or such subclasses as the Court may deem appropriate.

87. Excluded from the proposed Class are Defendant and its parents, subsidiaries, affiliates, officers, and directors, and any entity in which Defendant has a controlling interest.

88. Plaintiffs reserve the right to re-define any of the class definitions prior to class certification and after having the opportunity to conduct discovery.

---

[153] *Id.*

[154] *See* https://www.amazon.com/product-reviews/B07TT8B1JJ/ (last accessed August 12, 2025)

[155] *Id.*

89.     The claims of all class members derive directly from a single course of conduct by the Defendant. Defendant has engaged and continues to engage in uniform and standardized conduct toward the putative class members. Defendant does not differentiate, in degree of care or candor, in its actions or inactions, or the content of its statements or omissions, among individual class members.

90.     Certification of Plaintiffs' claims is appropriate because Plaintiffs can prove the elements of Plaintiffs' claims on a class-wide basis using the same evidence as would be used to prove those elements in individual actions alleging the same claim.

91.     Accordingly, Plaintiffs bring this lawsuit as a class action on Plaintiffs' own behalf and on behalf of all other individuals similarly situated pursuant under Rule 23 of the Federal Rules of Civil Procedure. This action satisfies the numerosity, commonality, typicality, adequacy, predominance, and superiority requirements of Rule 23.

92.     Specifically, this action has been properly brought and may properly be maintained as a class action under Rule 23(a)(1-4), Rule 23(b)(1), (2), or (3), and/or Rule 23(c)(4) of the Federal Rules of Civil Procedure.

93.     **Numerosity** (Fed. R. Civ. P. 23(a)(1)). The members of the proposed Class are so numerous that their individual joinder would be impracticable. While the exact number is not known at this time, it is generally ascertainable by appropriate discovery, and it is believed the Class includes thousands of members.

The precise number of class members, and their addresses, are unknown to Plaintiffs at this time but can be ascertained from Defendant's records.

94. **Ascertainability.** The Class is ascertainable because its members can be readily identified using business records, and other information kept by Defendant in the usual course of business and within its control. Plaintiffs anticipate providing appropriate notice to the Class to be approved by the Court after class certification, or pursuant to court order.

95. **Commonality and Predominance** (Fed. R. Civ. P. 23(a)(2); 23(b)(3)). Common questions of law and fact exist as to all class members. These questions predominate over the questions affecting only individual class members. The common legal and factual questions include, without limitation:

(a) Whether Defendant's marketing claims about LMNT are misleading to a reasonable consumer;

(b) Whether Plaintiffs and the class members were injured and harmed as a result of Defendant's conduct;

(c) Whether Plaintiffs and the class members are entitled to damages due to Defendant's conduct as alleged in this Complaint, and if so, in what amounts; and

(d) Whether Plaintiffs and the class members are entitled to equitable relief, including, but not limited to, restitution or injunctive relief as requested in this Complaint.

96. **Typicality of Claims** (Fed. R. Civ. P. 23(a)(3)). The claims of Plaintiffs and the putative class members are based on the same legal theories and arise from the same unlawful and willful conduct of Defendant, resulting in the same injury to Plaintiffs and the putative class members. Plaintiffs and all class members are similarly affected by Defendant's wrongful conduct, were damaged in the same way, and seek the same relief. Plaintiffs' interests coincide with, and are not antagonistic to, those of the other class members. Plaintiffs have been damaged by the same wrongdoing set forth in this Complaint.

97. **Adequacy of Representation** (Fed. R. Civ. P. 23(a)(4)). Plaintiffs are adequate representatives of the Class because their interests do not conflict with the interests of the class members, and they have retained counsel competent and experienced in complex class action and consumer litigation. Plaintiffs and their counsel will fairly and adequately protect the interest of the class members.

98. **Superiority of a Class Action** (Fed. R. Civ. P. 23(b)(3)). A class action is superior to other available means for the fair and efficient adjudication of the claims of Plaintiffs and class members. There is no special interest in class members individually controlling the prosecution of separate actions. The damages suffered by individual class members, while significant, are small given the burden and expense of individual prosecution of the complex and extensive litigation necessitated by Defendant's conduct. Further, it would be virtually impossible for the class members individually to redress effectively the wrongs done to them. And, even if class members themselves could afford such individual litigation, the court system could

not, given the thousands of cases that would need to be filed. Individualized litigation would also present a potential for inconsistent or contradictory judgments. Individualized litigation would increase the delay and expense to all parties and the court system, given the complex legal and factual issues involved. By contrast, the class action device presents far fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court.

99. **Risk of Inconsistent or Dispositive Adjudications and the Appropriateness of Final Injunctive or Declaratory Relief** (Fed. R. Civ. P. 23(b)(1) and (2)). In the alternative, this action may properly be maintained as a class action, because:

(a) the prosecution of separate actions by individual class members would create a risk of inconsistent or varying adjudication with respect to individual class members, which would establish incompatible standards of conduct for Defendant; or

(b) the prosecution of separate actions by individual class members would create a risk of adjudications with respect to individual class members which would, as a practical matter, be dispositive of the interests of other class members not parties to the adjudications, or substantially impair or impede their ability to protect their interests; or

(c) Defendant has acted or refused to act on grounds generally applicable to the Class, thereby making appropriate final injunctive or corresponding declaratory relief with respect to the Class as a whole.

## FIRST CAUSE OF ACTION

### Violations of New York Gen. Bus. Law § 349
### (On Behalf of Plaintiffs and the Class)

100. Plaintiffs incorporate by reference all allegations in this Complaint and restate them as if fully set forth herein.

101. NY GBL § 349 declares unlawful "[d]eceptive acts or practices in the conduct of any business, trade or commerce or in the furnishing of any service in this state."

102. NY GBL § 349 applies to Plaintiffs and Defendant because the State of New York has an interest in regulating business conduct in the region.

103. Any person who has been injured by reason of any violation of NY GBL § 349 may bring an action in his or her own name to enjoin such unlawful acts or practices, an action to recover their actual damages or fifty dollars, whichever is greater, or both such actions. The court may, in its discretion, increase the award of damages to an amount not to exceed three times the actual damages up to one thousand dollars, if the court finds the defendant willfully or knowingly violated this section. The court may award reasonable attorney's fees to a prevailing plaintiff.

104. Defendant engaged in consumer-oriented conduct by marketing and selling LMNT to consumers, including Plaintiffs and the Class, through its website and other retail channels.

105. The practices employed by Defendant in marketing LMNT are materially misleading and deceptive within the meaning of NY GBL § 349. Defendant's representations about LMNT convey to a reasonable consumer that the product is a clean, whole-food nutritional supplement free from highly processed food additives. Because LMNT contains more maltodextrin than two of its supposed primary ingredients combined, Defendant's representations are likely to mislead reasonable consumers acting reasonably under the circumstances.

106. Plaintiffs and the Class paid a price premium for a product that was deceptively marketed as a clean, whole-food nutritional supplement despite the presence of significant amounts of maltodextrin, a highly processed food additive. Had Plaintiffs known that LMNT contained more maltodextrin than two of LMNT's supposed primary ingredients combined, they would not have purchased the product or would have paid significantly less.

107. Defendant disseminated false and misleading statements throughout New York, which were known, or which by the exercise of reasonable care should have been known to Defendant, to be untrue and to misleading to consumers, including Plaintiffs and the Class.

108. Plaintiffs and the Class have been injured as a result of Defendant's deceptive acts or practices, suffering an ascertainable loss by paying more for a product than they otherwise would have but for the deceptive advertising.

109. As a result of Defendant's violations of NY GBL § 349, Plaintiffs and the Class seek all available damages, including statutory damages, in addition to

reasonable attorneys' fees and costs, and injunctive relief to prevent Defendant from engaging in the unlawful conduct.

## SECOND CAUSE OF ACTION

### Violations of New York Gen. Bus. Law § 350
### (On Behalf of Plaintiffs and the Class)

110. Plaintiffs incorporate by reference all allegations in this Complaint and restate them as if fully set forth herein.

111. NY GBL § 350 provides, in relevant part, that "[f]alse advertising in the conduct of any business, trade or commerce or in the furnishing of any service in this state is hereby declared unlawful."

112. NY GBL § 350 applies to Plaintiffs and Defendant because the State of New York has an interest in regulating business conduct in the region.

113. Any person who has been injured by reason of any violation of NY GBL § 350 may bring an action in his or her own name to enjoin such unlawful acts or practices, an action to recover their actual damages or five hundred dollars, whichever is greater, or both such actions. The court may, in its discretion, increase the award of damages to an amount not to exceed three times the actual damages, up to ten thousand dollars, if the court finds that the defendant willfully or knowingly violated this section. The court may award reasonable attorney's fees to a prevailing plaintiff.

114. Defendant engaged in consumer-oriented conduct by marketing and selling LMNT to consumers, including Plaintiffs and the Class, through its website and other retail channels.

115. Defendant's advertising of LMNT is materially misleading and deceptive within the meaning of NY GBL § 350. Defendant's representations about LMNT convey to a reasonable consumer that the product is a clean, whole-food nutritional supplement free from highly processed food additives. Because LMNT contains more maltodextrin than two of its supposed primary ingredients combined, Defendant's representations are likely to mislead reasonable consumers acting reasonably under the circumstances.

116. Plaintiffs and the Class paid a price premium for a product that was deceptively marketed as a clean, whole-food nutritional supplement despite the presence of significant amounts of maltodextrin, a highly processed food additive. Had Plaintiffs known that LMNT contained more maltodextrin than two of LMNT's supposed primary ingredients, they would not have purchased the product or would have paid significantly less.

117. Defendant disseminated false and misleading statements throughout New York, which were known, or which by the exercise of reasonable care should have been known to Defendant, to be untrue and to misleading to consumers, including Plaintiffs and the Class.

118. Plaintiffs and the Class have been injured as a result of Defendant's false and misleading advertising, suffering an ascertainable loss by paying more for a product than they otherwise would have but for the deceptive advertising.

119. As a result of Defendant's violations of NY GBL § 350, Plaintiffs and the Class seek all available damages, including statutory damages, in addition to

reasonable attorneys' fees and costs, and injunctive relief to prevent Defendant from engaging in the unlawful conduct.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, on behalf of themselves and the proposed Class, pray for relief and judgment against Defendant as follows:

A.  certifying the Class pursuant to Rule 23 of the Federal Rules of Civil Procedure, appointing Plaintiffs as representatives of the Class, and designating Plaintiffs' counsel as Class Counsel;

B.  awarding Plaintiffs and the Class actual damages and statutory damages, trebled, in an amount exceeding $5,000,000, to be determined by proof;

C.  awarding Plaintiffs and the Class exemplary and punitive damages;

D.  awarding Plaintiffs and the Class civil penalties;

E.  enjoining Defendant from continuing to engage in the wrongful acts and practices alleged herein;

F.  awarding Plaintiffs and the Class the costs of prosecuting this action, including expert witness fees;

G.  awarding Plaintiffs and the Class reasonable attorneys' fees and costs as allowable by law;

H.  awarding pre-judgment and post-judgment interest; and

I.  granting any other relief as this Court may deem just and proper.

## <u>JURY TRIAL DEMANDED</u>

Plaintiffs hereby demand a trial by jury on all issues so triable.

Dated: August 12, 2025

Respectfully submitted,

*/s/ Raphael Janove*
Raphael Janove
**JANOVE PLLC**
500 7th Ave., 8th Floor
New York, NY 10018
Tel: (646) 347-3940
Email: raphael@janove.law

**ZIMMERMAN REED LLP**
Ryan J. Ellersick (admitted *pro hac vice*)
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Tel: (877) 500-8780
Email: ryan.ellersick@zimmreed.com