**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Michael Sciortino and Josh Sawyer, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>Drink LMNT, Inc.,<br><br>        Defendant. | No. 1:25-cv-03126<br><br>Hon. Judge Hector Gonzalez |

**DEFENDANT DRINK LMNT, INC.'S**
**<u>NOTICE OF RELATED CASES</u>**

Pursuant to Local Civil Rule 1.6, Defendant Drink LMNT, Inc., notifies the Court of the below pending actions filed in other courts raising substantially similar allegations and claims as the instant action.

- *Vaughn, et al. v. Drink LMNT, Inc.*, No. 2:25-cv-52 (D. Mont.)

- *Thomas. v. Drink LMNT, Inc.*, No. 0:25-cv-61401 (E.D.N.Y.)

Dated: April 30, 2026

        Respectfully submitted,

        <u>*/s/ Rachel Finkel*</u>
        Rachel Finkel, Esq.
        **ALSTON & BIRD LLP**
        90 Park Avenue
        New York, NY 10016
        (212) 210-9471
        rachel.finkel@alston.com

        Angela M. Spivey (*pro hac vice*)
        Andrew G. Phillips (*pro hac vice*)
        Troy A. Stram (*pro hac vice*)
        **ALSTON & BIRD LLP**

1201 W. Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
angela.spivey@alston.com
andrew.phillips@alston.com
troy.stram@alston.com


*Counsel for Defendant Drink LMNT, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 30, 2026, I caused the foregoing documents to be served upon all counsel of record via the Court's CM/ECF system and email.

        */s/ Rachel Finkel*
        Rachel Finkel, Esq.
        **ALSTON & BIRD LLP**
        90 Park Avenue
        New York, NY 10016
        (212) 210-9471
        rachel.finkel@alston.com

        *Counsel for Defendant Drink LMNT, Inc.*